IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

TERRY W. DAVIS,

    Defendant.

No. CR 03-0172 WHA

**ORDER REGARDING TERM OF PROBATION**

The probation office petitioned this Court to consider the early termination of defendant's term of probation. The government opposed early termination. The petition was denied. The burden is on the defendant to bring a motion and set it for a hearing if he wants the Court to further review such a request for early termination. Otherwise the defendant shall serve the full term of his probation.

**IT IS SO ORDERED.**

Dated: December 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE